IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARDALE HAMILTON                                                                    PLAINTIFF

v.                                      Case No. 1:26-cv-1034

ARKANSAS DEPARTMENT OF
FINANCE AND ADMINISTRATION                                          DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Upon preservice screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915(e)(2), Judge Singleton recommended that Plaintiff's claims be dismissed with prejudice for failure to state a claim upon which relief may be granted. Judge Singleton explained that Defendant is entitled to sovereign immunity under the Eleventh Amendment for Plaintiff's claims for money damages. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 6) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of August, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge